IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Cheryl J. Jones, | ) | |
| | ) | C.A. No. 7:09-535-HMH-WMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Vernon D. Beatty; Brenda Lyles; | ) | |
| Chief Fischer; Dist. 7 Schools; Tyrone | ) | |
| Gilmore; Dr. Audrey Grant; Joyce | ) | |
| Lipscomb; City/County of Sptbg.; Mayor | ) | |
| B. Barnet; Shevelle Porter, Weed Seed | ) | |
| Board of Dir.; Governor Sanford; | ) | |
| Lt. Gov. Bauer; US HUD; Sptbg. | ) | |
| Housing Authority; OCR-Atl.; | ) | |
| Sen. Glenn Reese; US Bob Inglis; | ) | |
| Cop-Police Program; Save the Children | ) | |
| Intern; Great Prev. Prog. Director; | ) | |
| Americorp VISTA/Foster Grandpart.; | ) | |
| Butch James Greer; Greg Tolbert; | ) | |
| Cheryl Harleston; Park & Recreation; | ) | |
| Dale Wells; Present Community Rel. Chp.; | ) | |
| Interim Dir. Jeter; Mary Jeter (wife); | ) | |
| Benjamin Wright; Paula Wiggs; | ) | |
| Staff/Board of Directors STTA; Mary | ) | |
| Thomas; Sptbg. County Foundation; | ) | |
| Christine Oglesby; Rev. Ben Snoddy, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge William M. Catoe, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this

1

court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the magistrate judge or recommit the matter with instructions.  See 28 U.S.C. § 636(b)(1) (2006).

The Plaintiff filed no objections to the Report and Recommendation.  In the absence of objections to the magistrate judge's Report and Recommendation, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Catoe's Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the complaint in the above-captioned case is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 30, 2009

### NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that she has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2